June 27, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

WASHINGTON DC PARTY SHUTTLE, LLC, PARTY SHUTTLE TOURS, LLC
AND CREATIVERSE INTERNET SYSTEMS, LLC, Appellants

NO. 14-12-00303-CV                    V.

IGUIDE TOURS, LLC, TYREE COOK, AND ABISE ESHETU, Appellees

_____

This cause, an appeal from the trial court's order of March 23, 2012 granting the special appearance of appellee IGuide Tours, LLC, and the trial court's order of March 28, 2012 granting in part and denying in part the application for temporary injunction by appellees Washington DC Party Shuttle, LLC, Party Shuttle Tours, LLC, and Creativerse Internet Systems, LLC, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's challenged orders. We order these rulings of the court below **AFFIRMED**.

We order appellants Washington DC Party Shuttle, LLC, Party Shuttle Tours, LLC and Creativerse Internet Systems, LLC jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.